**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Tennant Company, NexGen Floor Care Systems Company, LLC, and Johnson Wax Professional, a division of S.C. Johnson Commercial Markets, Inc.,

Plaintiffs,

vs.

Windsor Industries, Inc.,

Defendant.

**Civil No. 02-864 (JMR/SRN)**

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

---

WHEREAS, the parties have agreed to the stipulated dismissal of this action without prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that this action, and all claims asserted herein, may be fully and finally dismissed without prejudice and each party will bear its own costs and attorney fees.

Dated: July 9, 2002

FAEGRE & BENSON LLP

William L. Roberts

Felicia J. Boyd, #186168
William L. Roberts, #212763
Michael F. Cockson, #280549
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

ATTORNEYS FOR PLAINTIFFS

FILED JUL. 12 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: July 9, 2002

WINTHROP & WEINSTINE, P.A.

Kenneth A. Prine, #291377
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402-4430
(612) 347-0700

ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the foregoing Stipulation of the parties

IT IS HEREBY ORDERED:

That the above-entitled action be and hereby is dismissed without prejudice and each party will bear its own attorney fees.

Dated: July 12, 2002.

BY THE COURT:

James M. Rosenbaum
Judge of United States District Court

M2:20469912.01